**Order filed March 08, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00978-CR

_____

**AKEEM ALAJUWON GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1445761**

---

## ORDER

The reporter's record in this case was due January 16, 2018. *See* Tex. R. App. P. 35.1. We granted an extension of time to file the record through February 16, 2018. The record has not been filed with the court and this court has not received an additional request for extension of time. Because the reporter's record has not been filed timely, we issue the following order.

We order Mary Ann Rodriguez, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extensions will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Mary Ann Rodriguez does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM